# *United States District Court*

FILED by _____ D.C.
SEP 11 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

RICHARD ABRAHAM

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4218-SNOW

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 11, 2000__ in _____Broward_____ County, in the _____Southern_____ District of _____Florida_____ defendant, (Track Statutory Language of Offense)
(describe)

did knowingly and willfully devise a scheme and artifice to defraud and thereafter cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing the scheme and artifice, that is, a fax which was sent from Florida to Indiana.

in violation of Title __18__ United States Code, Section ____1343____

I further state that I am a(n) __Special Agent, F.B.I.__ and that this complaint is based on the following facts:
                 Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
William Langdon, Special Agent
Federal Bureau of Investigation

The Court finds probable cause.
Sworn to before me, and subscribed in my presence,

Sept. 11, 2000       at   Fort Lauderdale, Florida
Date                                                  City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE        Lurana S. Snow
Name and Title of Judicial Officer                   Signature of Judicial Officer

-cr-06271-WPD     Document 1     Entered on FLSD Docket 09/11/2000     P

AFFIDAVIT

I, William Langdon, having first been duly sworn, do hereby state and depose the following:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 1986. I am assigned to the bank fraud squad where my primary responsibility is the investigation of white collar fraud matters. I have been trained and am experienced in the investigation of white collar fraud and have participated in over a hundred investigations in this area. This affidavit is based on my own personal knowledge and information imparted to me by other law enforcement personnel.

2. In approximately January 2000, Gloria Valdes, the manager of a charitable organization in New York City for battered and abused women, came into contact with Richard Abraham who was posing as an affluent financier who could privately fund mortgages and loans for individuals who could not qualify for a loan from a bank. In hopes of obtaining a mortgage to refurbish a building owned by the charity, Valdes wire transferred on February 11, 2000, $22,000 to Dr. John Abraham which was the name Abraham was using. The money was to be used as a up front loan commitment fee of 2% for a loan of $1.1 million. The wire transfer was from CitiBank in New York to an account controlled by Abraham in Broward County at Desjardins Federal Savings Bank

3. On July 3, 2000, even though the initial private loan was still waiting to be funded, Abraham convinced Valdes to send a second loan commitment fee of $47,800 for a loan of $5 million to be privately funded by Abraham for the charity. This wire transfer was again from CitiBank in New York to an account in Broward County controlled by Abraham at Bank Atlantic. Neither loan promised by Abraham was ever funded. After Abraham started refusing to accept the telephone calls of Valdes, she reported the matter to the Fort Lauderdale Police Department. On August 11, 2000, Abraham was charged with grand theft by the State of Florida.

4. Upon his arrest in the above case, and after being advised of his Constitutional rights, Abraham admitted that was engaging in a fraud against Valdes. He said he was using the money from Valdes to pay off "loan sharks" to whom he owed money. He said "A guys gotta do what a guys gotta do." He said he had no intention to loan Valdes any money nor did he have the resources to do so. Abraham was released on $11,000 bond.

5. While out on bond in the state fraud case, Abraham, still using the name John Abraham, continued to pose as a wealthy private financier. On September 4, 2000, he solicited Robert Jones for a $30,000 up front loan commitment fee to finance a loan of $1.5 million to refinance a hotel property in Homestead Florida. On September 11, 2000, Abraham sent by fax from Florida to Indianapolis, Indiana a loan commitment document pertaining to the loan. Abraham requested Robert Jones to meet with him at a specific Denny's Restaurant in Broward County for the payment of the $30,000 advance fee. After receiving the fee from Jones, Abraham was approached by state and federal law enforcement authorities. Abraham attempted to flee by running away but was caught.

6. Abraham is well known to local law enforcement authorities as he has been convicted of fraud charges in the past. In 1983, he was convicted in a federal case of making a false statement on a loan application, and was sentenced to two years in prison. In 1993, he was convicted of grand theft in the State of Florida for fraudulently posing as an affluent financier who would fund private loans and was sentenced to six years in state prison. In 1999, he was charged with grand theft and being an unlicensed mortgage broker. After being arrested and released on bond, he failed to appear for later court proceedings. He was then charged as a fugitive in the state case. That case is still pending, although Abraham was arrested on the state fugitive warrant at the same time he was arrested on the grand theft case in the fraud against Gloria Valdes.

Wherefore, I believe and submit that there is probable cause to believe that defendant Richard Abraham did knowingly and willfully devise a scheme and artifice to defraud and send interstate wire communications in furtherance of that scheme, in violation of Title 18, United States Code, Section 1343.

FURTHER AFFIANT SAYETH NAUGHT.

*William Langh*
Special Agent, FBI
Agent Wm. Langdon

Sworn and subscribed before me this
11th day of September, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE