**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:    JOHN ABRAHAM (J)                          CASE NO:    00-4218-SNOW

AUSA:    STEVE PETRI    — mes                       ATTY:    Bernardo Lopez

AGENT:                                              VIOL:    WIRE FRAUD 18:1343

PROCEEDING:    I/A ON COMPLAINT                     RECOMMENDED BOND:

BOND HEARING HELD - yes / no                        COUNSEL APPOINTED:

BOND SET @:                                         To be cosigned by:

☐    Do not violate any law.

☐    Appear in court as directed.                   Deft advised of charges

☐    Surrender and / or do not obtain passports / travel
     documents.

☐    Rpt to PTS as directed / or _____ x's a week/month
     by phone; _____ x's a week/month in person.

☐    Random urine testing by Pretrial Services. _____     FPD    appt'd
     Treatment as deemed necessary.

☐    Maintain or seek full - time employment.

☐    No contact with victims / witnesses.

☐    No firearms.                                        .

☐    Curfew: _____.

☐    Travel extended to: _____.

☐    Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 9-13 | 10 30 | LSS | ✓ |
| PRELIM/ARRAIGN, OR REMOVAL: | 9-22 | 11 00 | LSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE:    9/11/00    TIME:    2 00 P M    FTL/LSS TAPE # 00 -  048    Begin:  4 5    End:  2/2