## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | RICHARD ABRAHAM (J) #20008-004 | CASE NO: | 00-4218-SNOW |
| AUSA: | STEVE PETRI | ATTY: | FPD  Daryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | PRETRIAL DETENTION HEARING | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED SEP 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer
S/A Bill Langdon sworn
for cross.
Kevin Allen sworn

PTD ordered
danger + risk of flight

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. | 9-22-00 | 11 | SNOW | |
| STATUS CONFERENCE: | | | | |

DATE: 9/13/00   TIME: 10:30 A.M.   FTL/LSS TAPE # 00 - 048   Begin: 782   End: 2360

