SP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

SEP 1 9 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,  :

PLAINTIFF,  :

v.  :

RICHARD ABRAHAM,  :
a/k/a " Dr. John Abraham,"

DEFENDANT.  :

_____

### INDICTMENT

The Grand Jury charges that:

### COUNTS I - III

Beginning at least by on or about February 11, 2000, and continuing to on or about September 11, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD ABRAHAM,
a/k/a " Dr. John Abraham,"

knowingly and willfully devised and intended to devise a scheme and artifice to defraud and for the purpose of obtaining money from persons by means of false and fraudulent pretenses, representations, and promises, by posing as an affluent financier of private loans and mortgages, and inducing victims to pay an advance or loan commitment fee in return for the false promise to fund a loan or mortgage, and thereafter did cause to be transmitted in interstate commerce by means of



wire communications certain signals and sounds, as specified below:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | 02/11/00 | Wire transfer of loan commitment fee of $22,000 from Citibank, New York to Desjardins Federal Savings Bank in Broward County, Florida. |
| 2 | 07/03/00 | Wire transfer of loan commitment fee of $47, 800 from Citibank, New York to Bank Atlantic in Broward County, Florida. |
| 3 | 09/11/00 | Fax of a loan commitment document from Florida to Indiana. |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**          CASE NO. _____

v.

**RICHARD ABRAHAM**          **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a "Dr. John Abraham"

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)     Yes ___    No ___
Number of New Defendants    ___
Total number of counts    ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) __NO__
   List language and/or dialect ____English____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                      (Check only one)

   I    0 to 5 days         _X_       Petty       ___
   II   6 to 10 days        ___       Minor       ___
   III  11 to 20 days       ___       Misdem.     ___
   IV   21 to 60 days       ___       Felony      _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No) ___ No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No)____Yes____
   If yes:
   Magistrate Case No.  _00-4128-SNOW_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _9/11/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____
   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region?
   ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500048

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RICHARD ABRAHAM a/k/a "Dr. John Abraham" No.: _____

Counts # 1 THRU 3:
Wire Fraud; in violation of 18 U.S.C. § 1343

*Max Penalty: Five (5) years' imprisonment; $250,000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96