## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RICHARD ABRAHAM (J)   CASE NO: 00-6271-CR-Ferguson

AUSA: Steven R. Petri   ATTY: FPD — Patrick Hunt

AGENT:   VIOL:

PROCEEDING: Arraignment on Indictment   RECOMMENDED BOND:

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @:   To be cosigned by:

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

*NEXT COURT APPEARANCE:*   *DATE:*   *TIME:*   *JUDGE:*   *PLACE:*

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: October 6, 2000 @ 11:00 a.m. Judge Seltzer ✓

DATE: September 22, 2000   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 050   Begin:   End:

