DEFT: Richard Abraham (no deft)        CASE NO: 00-6271-CR-Ferguson

AUSA: Steve Petri / Bruce Brown        ATTNY: FPD Hunt

AGENT: _____                 VIOL: _____

PROCEEDING: Status Conference          BOND REC: _____

BOND HEARING HELD - yes/no             COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____                              OCT __ 2000

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed for _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House _____

____ Electronic Monitoring _____

Discovery out
No / Motion
5 days to try
Govt ready
A - has not rec'd
discovery

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 10-6-00        TIME: 11:00am        TAPE # 00-0778   PG #

2950-2985