UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

RICHARD ABRAHAM,

Defendant.
_____/

FILED by _____ D.C.
DKTG

OCT 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on October 6, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require five days to try.

2. Defense counsel has not yet received the Government's discovery response. When he does so, he will contact the prosecutor to arrange a discovery conference.

DATED at Fort Lauderdale, Florida this ___6th___ day of October, 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson
United States District Judge

Assistant United States Attorney
Federal Public Defender

1