UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON

UNITED STATES OF AMERICA,

  Plaintiff,

v.

RICHARD ABRAHAM,

  Defendant.
_____/



## UNOPPOSED MOTION FOR CONTINUANCE

Defendant, Richard Abraham, respectfully moves for a continuance of the trial in this matter by a period of at least thirty (30) days, from the currently scheduled trial period beginning November 6, 2000, and in support states as follows:

1.  Defendant was arraigned in this matter on September 22, 2000. This case is currently set for trial during the two week period beginning November 6, 2000. This is the first trial setting in this matter.

2.  This is a fraud case involving at least three distinct allegations of fraud. Counsel has received the government's written discovery responses in this case and has attended a discovery conference with the case agents. After reviewing discovery material with Mr. Abraham, it appears that this matter will require further investigation and preparation, including witness interviews. Defendant respectfully requests more time to complete this investigation and preparation.

3.  Counsel is also engaged in plea negotiations with the government, but no agreement



has yet been reached. A short continuance would facilitate this process as well.

4. Defendant is currently incarcerated, but has authorized and requested the filing of this motion.

5. Steve Petri, the Assistant United States Attorney who is handling this case for the government, has no objection to the granting of the relief requested in this motion.

WHEREFORE, Defendant Richard Abraham, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least thirty (30) days.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 NE 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 30 day of October, 2000 to Steve Petri, Assistant United States Attorney at 299 East Froward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt