SRP:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON(s)



NOV 2 1 2000

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham",

          Defendant.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNTS I-V

Beginning on or about June 3, 1998, and continuing to at least on or about September 11, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham",

knowingly and willfully devised and intended to devise a scheme and artifice to defraud and for the purpose of obtaining money from persons by means of false and fraudulent pretenses, representations, and promises, by posing as an affluent financier of private loans and mortgages, and



inducing victims to pay an advance or loan commitment fee in return for the false promise to fund a loan or mortgage, and thereafter did cause to be transmitted in interstate and foreign commerce by means of wire communication certain signals and sounds, as specified below:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | 06/03/98 | Fax of letter pertaining to Barton Creek Project from Nassau, Bahamas to Southern District of Florida |
| 2 | 07/12/99 | Fax of letter from CFO Capital from Panama to Southern District of Florida pertaining to $3.9 million loan |
| 3 | 02/11/00 | Wire transfer of loan commitment fee of $22,000 from Citibank, New York to Desjardins Federal Savings Bank in Broward County, Florida |
| 4 | 07/03/00 | Wire transfer of loan commitment fee of $47,800 from Citibank, New York to Bank Atlantic in Broward County, Florida |
| 5 | 09/11/00 | Fax of loan commitment document from Florida |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>RICHARD ABRAHAM</u>   No.:<u> 00-6172-CR-FERGUSON(s)</u>

Counts #1-5:
<u>I18 USC 1343; Wire Fraud</u>

<u>*Max Penalty: Five (5) years' imprisonment and a $250,000 fine</u>

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. __00-6271-CR-FERGUSON(s)__

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

RICHARD ABRAHAM                   **Superseding Case Information:**

**Court Division:** (Select One)          New Defendant(s)     Yes ___   N o _X_
          Number of New Defendants
___ Miami  ___ Key West       Total number of counts   _5_
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) __No__
   List language and/or dialect     __English__

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days          _X_      Petty      ___
   II   6 to 10 days         ___      Minor      ___
   III  11 to 20 days        ___      Misdem.    ___
   IV   21 to 60 days        ___      Felony     _X_
   V    61 days and over     ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. 00-4128-SNOW
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of 09/11/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____
   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? _ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  _X_ No

*Steven R. Petri*

STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500048

*Penalty Sheet(s) attached                                              REV.6/27/00