UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                               CASE NO. 00-6271-CR-FERGUSON

**RICHARD ABRAHAM,**
  **a/k/a Dr. John Abraham**

    Defendant.

---

FILED by _____ D.C.
DEC 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

    **GOOD CAUSE** appearing, it is hereby **ORDERED** that the above-numbered cause be and the same is hereby transferred to The Hon. Jose A. Gonzalez, Jr. for trial.

    Parties should take notice that trial is set for Tuesday, January 16, 2001 at 9:30 a.m. at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Parties should come ready to proceed for trial. Parties shall bring three (3) copies of their exhibits and their witness lists.

    **DATED** in chambers at Fort Lauderdale, Florida, this 8TH day of ~~November~~ DECEMBER, 2000.

                                                  WILKIE D. FERGUSON, JR.
                                                  UNITED STATES DISTRICT JUDGE

cc: Hon. Jose A. Gonzalez, Jr.
Steven Petri, AUSA
Patrick Hunt, AFPD
U.S. Probation Office

