UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs                              Case No. 00-6271-CR-FERGUSON

RICHARD ABRAHAM,
        Defendant,
_____/

## MOTION LIMITING RETAINED COUNSEL'S REPRESENTATION AND SUBSTITUTE DEFENDANT AS TRIAL COUNSEL PRO SE

    COMES NOW, the defendant, RICHARD ABRAHAM, and movees this Honorable Court to permit defendant to represent himself and, allow PATRICK HUNT, Esquire to continue but as co-counsel only during the trial, in order to prevent unnecessary delays or frequently procedural confusion cause by pro se litigants.

    Therefore, this motion was filed well before the date of trial for this courts consideration pursuant to FARETTA V. CALIFORIA, 45 L Ed 2d 562 (1975). In that case, the Supreme Court guaranteed the accused did have a constitutional right to conduct his own defense.

    Under our American Jurisprudence System its apparent clients pay for all mistakes made through their attorneys. Therefore, it's necessary this case continue forward pro se. At this stage in the proceedings, the Speedy Trial Act (70-day) provision period was waived unnecessary.

    Under Title 18 U.S.C. §1343 it's not a crime when acts done inadvertently or in good faith without intention to defraud, do not satisfy knowledge and criminal intent elements of wire fraud statute.

    WHEREFORE, Defendant prays this Honorable Court grant this motion allowing defendant to represent himself and, grant defendant's private retained counsel to continue on as defendant's co counsel during the trial.

CERTIFICATE OF SERVICE     d

I HEREBY CERTIFY, that a true and correct copy of the foregoing motion was mailed First Class Mail, postage prepaid to Steven R. Petri, Assistant United States Attorney, on December __/_/_ 2000, at 299 East Broward Blvd, Room 108, Fort Lauderdale, Florida 33301

Richard Abraham #20008-004
Fedaral Detention Center - 9 East
Post Office Box 019120
Miami, Florida  33101

cc: Clerk's Office
    Honorable Wilkie D. Ferguson, Jr.
    Steven R. Petri, AUSA