SRP:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON(s)(s)
18 U.S.C. 1343
18 U.S.C. 1956
18 U.S.C. 2

UNITED STATES OF AMERICA,  :
:
          Plaintiff,  :
:
v.  :
:
RICHARD ABRAHAM,  :
a/k/a "Dr. John Abraham,"  :
:
          Defendant.  :

FILED BY ___ D.C.

JAN 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNTS I-V

### WIRE FRAUD

Beginning on or about June 3, 1998, and continuing to at least on or about September 11, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham,"

knowingly and willfully devised and intended to devise a scheme and artifice to defraud and for the purpose of obtaining money from persons by means of false and fraudulent pretenses, representations, and promises, by posing as an affluent financier of private loans and mortgages, and inducing victims to pay an advance or loan commitment fee in return for the false promise

to fund a loan or mortgage, and thereafter did cause to be transmitted in interstate and foreign commerce by means of wire communication certain signals and sounds, as specified below:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | 06/03/98 | Fax of letter pertaining to Barton Creek Project from Nassau, Bahamas to Southern District of Florida |
| 2 | 07/12/99 | Fax of letter from CFO Capital from Panama to Southern District of Florida pertaining to $3.9 million loan |
| 3 | 02/11/00 | Wire transfer of loan commitment fee of $22,000 from Citibank, New York to Desjardins Federal Savings Bank in Broward County, Florida |
| 4 | 07/03/00 | Wire transfer of loan commitment fee of $47,800 from Citibank, New York to Bank Atlantic in Broward County, Florida |
| 5 | 09/11/00 | Fax of loan commitment document from Florida |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 6-16

### MONEY LAUNDERING TRANSACTIONS

On or about the dates listed below, in Broward County, in the Southern District of Florida, the defendant,

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham,"

did knowingly and willfully conduct and attempt to conduct the below specified financial transactions affecting interstate commerce, that is, the cashing of checks as listed below as to each count, which funds involved the proceeds of a specified unlawful activity, that is, acts and activities constituting wire fraud, in violation of Title 18, United States Code, Section 1343, knowing that the transaction was designed, in whole and in part, to conceal and disguise the

2

nature, location, source, ownership and control of the proceeds of a specified unlawful activity, and that while conducting and attempting to conduct such financial transaction well knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity:

| COUNT | DATE | BANK | PAYABLE TO | AMOUNT |
|---|---|---|---|---|
| 6 | 3/3/00 | Desjardins | Lucille Breton | $2,500.00 |
| 7 | 3/4/00 | Desjardins | Lucille Breton | $2,000.00 |
| 8 | 3/6/00 | Desjardins | Lucille Breton | $1,800.00 |
| 9 | 3/8/00 | Desjardins | Lucille Breton | $2,500.00 |
| 10 | 7/5/00 | Bank Atlantic | Cash | $15,000.00 |
| 11 | 7/6/00 | Bank Atlantic | Cash | $5,000.00 |
| 12 | 7/7/00 | Bank Atlantic | Cash | $7,000.00 |
| 13 | 7/10/00 | Bank Atlantic | Cash | $4,500.00 |
| 14 | 7/11/00 | Bank Atlantic | Cash | $6,500.00 |
| 15 | 7/12/00 | Bank Atlantic | Cash | $4,000.00 |
| 16 | 7/13/00 | Bank Atlantic | Cash | $5,800.00 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6271-Cr-FERGUSON(s)(s) |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| RICHARD ABRAHAM | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ___ No  X
Number of New Defendants  ___
Total number of counts  ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | I   | 0 to 5 days      | _X_ | Petty    | ___ |
   |-----|------------------|-----|----------|-----|
   | II  | 6 to 10 days     | ___ | Minor    | ___ |
   | III | 11 to 20 days    | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days    | ___ | Felony   | _X_ |
   | V   | 61 days and over | ___ |          |     |

6. Has this case been previously filed in this District Court? (Yes or No) YES
   If yes:
   Judge: FERGUSON _____     Case No. 00-6271 _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)    YES
   If yes:
   Magistrate Case No.   00-4128-SNOW
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   9/11/00
   Defendant(s) in state custody as of
   Rule 20 from the               District of

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  _X_ No

*Steven R. Petri*
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>RICHARD ABRAHAM</u>   No.: _____

Count #I-5 (18:1343) Wire Fraud
<u>Max Penalty:   Five (5) years' imprisonment; $250,000 fine</u>

Count #6-16 (18:1956) Money Laundering
<u>*Max Penalty:   Twenty years' imprisonment; $500,000 fine.</u>

<u>(Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.</u>

AO 442 (Rev. 12/85) Warrant for Arrest