*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

FILED by _____ D.C.
CL REP.

FEB - 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
  S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

                                 Case No. 00-6271-CR-FERGUSON

          Plaintiff,

  vs.                          **MIAMI,** *FLORIDA*
                              SEPTEMBER 11, 2000

**RICHARD ABRAHAM,**
a/k/a "Dr. John Abraham,"

          Defendant.
_____

**TRANSCRIPT OF PRETRIAl DETENTION HEARING**
**BEFORE THE HONORABLE LURANA S. SNOW,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

               **STEVEN R. PETRI, A.U.S.A.**
               99 N.E. 4th Street
               Miami, FL   33132 - 305/961-9401

FOR THE DEFENDANT:

               **DARYL E. WILCOX, A.F.P.D.**
               *Federal Public Defender's Office*
               150 West Flagler Street
               Miami, FL   33130 - 305/530-7000, x175

REPORTED BY:    **JERALD M. MEYERS, RPR-CM**
               Official Federal Court Reporter
               301 North Miami Avenue, 9th Floor
               Miami, FL   33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**