## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RICHARD ABRAHAM (J)  CASE NO: 00-6271-CR-Gonzalez - JF
AUSA: Petri  ATTY: FPD - *Patrick Hunt*
AGENT:  VIOL:
PROCEEDING: Arraignment on Superseding Indictment  RECOMMENDED BOND:
BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @:  To be cosigned by:

FILED by ___ D.C.
FEB - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone: ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ___
- ❏ Travel extended to: ___
- ❏ Halfway House ___

*Defendant enters not Guilty Plea on all Counts of Superseding Indictment. Standing discovery order issued.*

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 2/9/01   Ferguson   previously set w/ Hunt Ferguson Chambers
DATE: 2/6/01  TIME: 11:00  FTL/LSS TAPE # 01 - 010   Begin 953   End. 1009