**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FEB 9 2001

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6271-CR-WDF_  Date: _February 9, 2001_

Clerk: __Troy T. Walker__   Reporter: _Paul Haferling_

USPO: _None_   Interpreter: _None_

UNITED STATES OF AMERICA vs. _Richard Abraham_

AUSA: _Steve Petri_

Defendant(s) Counsel: _Patrick Hunt, FPD_

Defendant(s) Present _✓_  Not Present ___  In Custody ___

Reason for hearing: _Motion for Substitute Counsel, & Faretta Hearing_

Result of hearing: _Motion is Granted. Patrick Hunt, FPD shall serve as standby counsel._

Case Continued to: ___   Time: ___ .P.M. For: