UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6271-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           MIAMI, FLORIDA
                              September 11, 2000

JOHN ABRAHAM,

        Defendant.

*FILED by [signature] D.C.*
*APPEAL*
*FEB 2 3 2001*
*CLARENCE MADDOX*
*CLER., U.S. DIST. CT.*
*S.D. OF FLA. - MIAMI*

TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE LURANA S. SNOW,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        STEVEN R. PETRI, A.U.S.A.
        99 N.E. 4th Street
        Miami, FL  33132 - 305/961-9401

FOR THE DEFENDANT:

        BERNARDO LOPEZ, A.F.P.D.
        Federal Public Defender's Office
        150 West Flagler Street
        Miami, FL  33130 - 305/536-6900
                (Fax) 305/530-7120

REPORTED BY:

        BARBARA MEDINA, RPR-CP
        *Official Federal Court Reporter*
        Federal Justice Building, Ste. 1155
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-5138

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**