UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD ABRAHAM,

    Defendant.
_____



FILED by ___ D.C.

FEB 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**NOTICE OF TRIAL**

    **TAKE NOTICE** that the trial of the above-entitled cause is set for Tuesday, March 20, 2001 commencing at 9:30 A.M., at the U. S. Courthouse, Second Floor, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida, before the Honorable Jose A Gonzalez, Jr., U. S. District Judge. The parties should come ready to proceed for trial.

    DATED in chambers in Fort Lauderdale, Florida this 26TH day of February, 2001.

                                        JOSE A. GONZALEZ, JR.
                                        UNITED STATES DISTRICT JUDGE

Copies furnished:
Steven Petri, AUSA
Patrick Hunt, AFPD
Richard Abraham
U. S. Marshal
Hon. Wilkie D. Ferguson, Jr.