SRP:sr



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6271-CR-GONZALEZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| RICHARD ABRAHAM, | : |
| DEFENDANT. | : |

### GOVERNMENT'S SPEEDY TRIAL REPORT

The Government hereby files this Speedy Trial Report pursuant to Title 18, United States Code, Section 3161, and states the following:

1. Pursuant to Title 18, United States Code, Section 3161(c)(1), trial of the case must begin within 70 non-excludable days of the initial appearance or indictment, whichever date is later. In this case, the trial is scheduled to commence on March 20, 2001. Based on the below specified calculations, the government calculates that there is no Speedy Trial issue in this case as only 61 days will have expired as of the scheduled trial date.

| Dates | Event | Additional Days Expired As Of Date of Event |
|---|---|---|
| 9/19/00 | Indictment (which was after initial appearance) | 0 |
| 9/22/00 | Arraignment | 2 |
| 10/06/00 | Status Conference | 14 |

| Dates | Event | Additional Days Expired As Of Date of Event |
|---|---|---|
| 10/30/00 thru 12/4/00 | Calendar Call/Motion to Continue (time excluded | 23 |
| 12/5/00 | Change of Plea Hearing | 0 |
| 12/6/00- 12/8/00 | Intradistrict transfer pending from Judge Ferguson to Judge Gonzalez | 0 |
| 12/11/00 | Faretta Motion Pending | 2 |
| 2/09/01 | Faretta Hearing | 0 |
| 2/10/01 | Intradistrict transfer Pending from Judge Ferguson to Judge Gonzalez | 0 |
| 2/26/01 | Judge Gonzalez' Order Accepting Transfer | 0 |
| 3/20/01 | Trial Setting | <u>22</u> |
|  | Total Days | 61 |

Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY
COURT NO. A5500048
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 6th day of March, 2001 to Patrick Hunt, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33301 and Richard Abraham, c/o FDC, P.O. Box 019118, Miami 33101-9118.

*Steven R. Petri*

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY