UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

MAR 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff,

v.                                  CASE NO. 00-6271-CR-FERGUSON

RICHARD ABRAHAM,
  a/k/a Dr. John Abraham

Defendant.

## NOTICE

**THIS CAUSE** has come before the Court the parties Notice of a Change of Plea. Parties should take notice that the change of plea hearing will be heard by the Hon. Wilkie D. Ferguson at the United States District Courthouse, Courtroom 207, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on Tuesday, March 13, 2001 at 9:00 a.m.

**DATED** in chambers at Fort Lauderdale, Florida, this 12TH day of March, 2001.

_____
JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc:
Steven Petri, AUSA
Patrick Hunt, AFPD