SRP am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON(s)(s)(s)
8 U.S.C. 1326(a) and (b)(2)
18 U.S.C. 1343
18 U.S.C. 1956
18 U.S.C. 2

UNITED STATES OF AMERICA,    :
                                                            :
                           Plaintiff,         :
                                                            :
v.                                                         :
                                                            :
RICHARD ABRAHAM,                       :
a/k/a "Dr. John Abraham,"                :
                                                            :
                           Defendant.      :
_____



## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNTS 1-5

### WIRE FRAUD

Beginning on or about June 3, 1998, and continuing to at least on or about September 11,

2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham,"

knowingly and willfully devised and intended to devise a scheme and artifice to defraud and for

the purpose of obtaining money from persons by means of false and fraudulent pretenses,

representations, and promises, by posing as an affluent financier of private loans and mortgages,

and inducing victims to pay an advance or loan commitment fee in return for the false promise to

fund a loan or mortgage, and thereafter did cause to be transmitted in interstate and foreign

commerce by means of wire communication certain signals and sounds, as specified below:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | 06/03/98 | Fax of letter pertaining to Barton Creek Project from Nassau, Bahamas to Southern District of Florida |
| 2 | 07/12/99 | Fax of letter from CFO Capital from Panama to Southern District of Florida pertaining to $3.9 million loan |
| 3 | 02/11/00 | Wire transfer of loan commitment fee of $22,000 from Citibank, New York to Desjardins Federal Savings Bank in Broward County, Florida |
| 4 | 07/03/00 | Wire transfer of loan commitment fee of $47,800 from Citibank, New York to Bank Atlantic in Broward County, Florida |
| 5 | 09/11/00 | Fax of loan commitment document from Florida |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 6-16

## MONEY LAUNDERING TRANSACTIONS

On or about the dates listed below, in Broward County, in the Southern District of

Florida, the defendant,

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham,"

did knowingly and willfully conduct and attempt to conduct the below specified financial

transactions affecting interstate commerce, that is, the cashing of checks as listed below as to

each count, which funds involved the proceeds of a specified unlawful activity, that is, acts and

activities constituting wire fraud, in violation of Title 18, United States Code, Section 1343,

knowing that the transaction was designed, in whole and in part, to conceal and disguise the

nature, location, source, ownership and control of the proceeds of a specified unlawful activity,

2

and that while conducting and attempting to conduct such financial transaction well knowing that

the property involved in the financial transaction represented the proceeds of some form of

unlawful activity:

| COUNT | DATE | BANK | PAYABLE TO | AMOUNT |
|-------|------|------|------------|--------|
| 6 | 3/3/00 | Desjardins | Lucille Breton | $2,500.00 |
| 7 | 3/4/00 | Desjardins | Lucille Breton | $2,000.00 |
| 8 | 3/6/00 | Desjardins | Lucille Breton | $1,800.00 |
| 9 | 3/8/00 | Desjardins | Lucille Breton | $2,500.00 |
| 10 | 7/5/00 | Bank Atlantic | Cash | $15,000.00 |
| 11 | 7/6/00 | Bank Atlantic | Cash | $5,000.00 |
| 12 | 7/7/00 | Bank Atlantic | Cash | $7,000.00 |
| 13 | 7/10/00 | Bank Atlantic | Cash | $4,500.00 |
| 14 | 7/11/00 | Bank Atlantic | Cash | $6,500.00 |
| 15 | 7/12/00 | Bank Atlantic | Cash | $4,000.00 |
| 16 | 7/13/00 | Bank Atlantic | Cash | $5,800.00 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT 17

### Illegal Re-Entry

On or about September 11, 2000, in Broward County, in the Southern District of Florida,

the defendant,

RICHARD ABRAHAM,
a/k/a "Dr. John Abraham,"

an alien, having been previously deported from the United States on or about October 22, 1998,

after being convicted of an aggravated felony, was found knowingly in the United States without

3

the Attorney General having expressly consented to such alien's reapplying for admission to the

United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).


GUY A. LEWIS
UNITED STATES ATTORNEY


STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO.          __00-6271-CR-WDF(s)_____

v.

RICHARD ABRAHAM                   **CERTIFICATE OF TRIAL ATTORNEY***
_____         **Superseding Case Information**:

**Court Division**: (Select One)       New Defendant(s)        Yes ___ No ___
                                  Number of New Defendants  ___
___ Miami ___Key West             Total number of counts    ___
X__ FTL    ___ WPB ___FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants,
      the number of probable witnesses and the legal complexities of the
      Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the
      Judges of this Court in setting their calendars and scheduling criminal trials under the
      mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) _NO_____
      List language and/or dialect    _____

4.    This case will take    _0___ day for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                        (Check only one)

I     0  to  5 days        _X___      Petty      _____
II    6  to 10 days        _____     Minor      _____
III   11 to 20 days        _____     Misdem.    _____
IV    21 to 60 days        _____     Felony     __x__
V     61 days and over     _____
6.    Has this case been previously filed in this District Court? (Yes or No)   _YES_
If yes:
Judge: ___FERGUSON_____     Case No. 00-6271-Cr_____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _NO_____
If yes:
Magistrate Case No.    _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _NO_____
7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to
April 1, 1999? _ Yes X_ No    If yes, was it pending in the Central Region? _ Yes_ No

                              _Steven R. Petri_
                              _____
                              STEVEN R. PETRI
                              ASSISTANT UNITED STATES ATTORNEY
                              COURT BAR NO. A5500048

*Penalty Sheet(s) attached                              REV.4/7/99

DPC hkp

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### <u>PENALTY SHEET</u>

Defendant's Name: <u>RICHARD ABRAHAM</u>        No.:_____

<u>Counts 1 - 5:</u>        Wire Fraud
                  (18:1343)

 <u>*Max Penalty:</u>    <u>$250,000 fine; Five years' imprisonment</u>_____


<u>Counts 6-16:</u>        Money Laundering
                  (18:1956)

<u>*Max Penalty:</u>_____<u>Not more than 20 years' imprisonment; $100,000.00 fine or twice the</u>
<u>value of the property, whichever is greater</u>_____


<u>Count 17:</u>          Illegal reentry into US after aggravated felony conviction
                  (8:1326(a) and (b)(2))

<u>*Max Penalty</u>      <u>20 years' imprisonment; $2,000,000.00 fine</u>


**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN      DISTRICT OF      FLORIDA

UNITED STATES OF AMERICA          **WAIVER OF INDICTMENT**

v.          CASE NUMBER:00-6271-Cr-WDF(s)(s)(s)

RICHARD ABRAHAM

I, Richard Abraham,  the above named defendant, who is accused of Wire Fraud,
in violation of Title 18, United States Code, Section 1343, and Money
Laundering, in violation of Title 18, United States Code, Section 1956, and
Illegal Reentry in violation of Title 8, United States Code, Section 1326,
and being advised of the nature of the charges, and of my rights, hereby
waive in open court prosecution by indictment and consent that the proceeding
may be by information rather than by indictment.

_____

**Defendant: Richard Abraham**

_____

*Counsel for Defendant:*
*Patrick Hunt, AFPD*