**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.

**RICHARD ABRAHAM, (J)**

Defendant.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6271-CR-FERGUSON

SENTENCING DATE

FILED by _____ D.C.

MAR 16 2001

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

    By direction of the Honorable WILKIE D. FERGUSON, JR., United
States District Judge, YOU ARE HEREBY ORDERED to appear in the
United States District Court for the Southern District of Florida
on **May 25, 2001**  at **9:30 A.M.**_____ for imposition of sentence.  On
the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor,
Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale,
Florida, where sentence will be imposed.  You will receive no
further notice.

    If the above-named defendant has executed a bond with this
Court, this notice advises the defendant that failure to appear as
directed herein could result in his/her being charged with a
violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.
3146), which carries a maximum sentence of up to ten (10) years
imprisonment and a fine of $25,000, or both, if convicted.

    IT IS FURTHER ORDERED that a Presentence Investigation and
Report (PSR) to this Court will be completed and a copy made
available to the parties and their counsel.  DEFENSE COUNSEL AND
THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED
STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER
INSTRUCTION).

    IT IS FURTHER ORDERED that the U.S. Attorney's Office
immediately provide the U.S. Probation Department the necessary
information to prepare the Prosecution Section of the Presentence
Report.

DATED: March 16, 2001

COUNSEL: Patrick Hunt, AFPD

RECEIVED: March 16, 2001

GOVERNMENT: AUSA, Jeff Kay

CLARENCE G. MADDOX, II
Court Administrator/
Clerk of Court

BY: _____
        Deputy Clerk