UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6271-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,

Vs.

RICHARD ABRAHAM

Defendants.
_____/



## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been set for **SENTENCING** on Friday, June 15, 2001 at 9:30 a.m., before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Miami, Florida this __15th__ day of May 2001.

DELORIS MCINTOSH
COURTROOM DEPUTY

cc:
Steven Petri, AUSA, Patrick Hunt, AFPD, Dennis Woolfolk, USPO

