JHK:sr

FILED BY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-FERGUSON

UNITED STATES OF AMERICA,       :

        PLAINTIFF,       :

v.       :

RICHARD ABRAHAM,       :

        DEFENDANT.       :

## GOVERNMENT'S RESPONSE TO DEFENDANTS' SENTENCING OBJECTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and respectfully submits this response to defendants sentencing objections as follows:

1. The Probation Service is responding to the defendants numbered objections.

2. As to the defendant seeking a downward departure, it is the Government's position to seek the low end of the Sentencing Guidelines and objects to any further downward departure.

While the guideline to 2L1.2 has been amended to become effective November 1, 2001, it is not in effect now, nor can it be applied retroactively to this sentence.[1]  See United States v. Shonekan, 85 F.3d 618 (4th Cir. 1996).

The total offense level is correct as calculated by the Probation Office at Level 21, thus the

---

[1] We note for the Court that Congress still has to November 1, 2001 to repudiate this amendment to the Guideline.



sentencing range is 70-87 months in Criminal History Category V.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: _____
>JEFFREY H. KAY
>ASSISTANT U.S. ATTORNEY
>FLA BAR NO. 208035
>500 E Broward Blvd. 7th Floor
>Ft. Lauderdale, Fl 33394
>(954) 356-7255
>(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 20 day of June, 2001 to Patrick Hunt, Esq., Asst. Federal Public Defender, SouthTrust Bank Bldg., Suite 1100, 1 E. Broward Blvd., Ft. Lauderdale, Fl 33301.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2