FILED by _____ D.C.

JUL 3 2001

**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6271-CR-WDF

DEFENDANT K. Abraham    JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER    DATE June 29, 2001

Court Reporter Paul Hafering / Dockstader    USPO D. Stanley

AUSA _____    Deft's Counsel Pat Hunt, FPD

COUNTS DISMISSED All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months    Counts
                         170       2-4, 17
to run concurrent to each other.

Rgt to appeal

Supervised Release 3 yrs (See J&C for details)
2, 4; 17 to run concurrently to each other.

Probation    Years    Months    Counts

Comments _____

Assessment $ 200.00    Fine $ None

Restitution /Other $ 869,800.00

**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

40/89