DEFENDANT: **RICHARD ABRAHAM, (J) 20008-004**
CASE NUMBER: 0:00CR06271-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __70__ month(s)

**This term consists of terms of 60 months as to each of counts Two and Four, and 10 months as to count Seventeen, all to run concurrently with each other.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __08-27-01__ to __Marvin D Morrison__
at __FCI Forrest City__, with a certified copy of this judgment.

_Marvin D Morrison_
UNITED STATES MARSHAL

By _N Burke_
Deputy U.S. Marshal