RICHARD D. ABRAHAM
#20008-004   W-D
P. O. Box  9000
Forrest City, AR   72336-9000
<u>In Propria Persona</u>.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,                        CASE NO. 00-6271-CR-WDF

v.

RICHARD D. ABRAHAM,               **MOTION FOR RELEASE OF BAIL**
                                        **<u>BY SENTENCED FEDERAL PRISONER</u>**.
      Defendant.

**TO: <u>HONORABLE WILKIE D. FERGUSON, Judge, U. S. District Court</u>.**

    Defendant, RICHARD D. ABRAHAM ("Abraham"), moves this Court to release his Immigration Bail, due to his being a sentenced Federal prisoner, with an Order Of Deportation in effect. As grounds for this Motion, Abraham will show the following:

    1) Abraham was required by the Federal Government to obtain an "Immigration Bond," in the amount of FIVE-THOUSAND ($5,000.00) Dollars, to remain in the United States.

    2) Abraham obtained his $5,000.00 'Immigration Bond' from "ACCREDITED SURETY & CASUALTY COMPANY, INC," 400 South Park Avenue, Suite 320, Winter Park, FL  32789, (407) 629-2131 (Reference No. **01-11-35100/RG**). (<u>See</u>: "Business Reply FOrm," attached).

    3) On June 29, 2001, Abraham was sentenced to a term of **60** months, remanded to the custody of the Federal Bureau of Prisons, to serve his sentence, and upon his release he will be deported to Canada.

- 1 -

4) On December 21, 2001, Abraham wrote to the U. S. Immigration and Naturalization Service ("INS"), to obtain a "Discharge" for his $5,000.00 Bail, from the INS. (<u>See</u>: Letter, 12-21-01, attached). As of today's date, the INS has failed to reply to his request.

5) Abraham now must request this Court issue an ORDER releasing his Bail, so his family will not be deprived of their hard-earned monies, as he has been sentenced, and is scheduled for deportation, once his term of incarceration is completed.

WHEREFORE, Defendant moves this Court for an ORDER releasing his Bail ($5,000.00) monies, due to his being a sentenced and incarcerated Federal prisoner.

FURTHER, Defendant moves this Court to direct the CLerk of the Court to serve Certified copies of the Court's ORDER on:

a) Mr. Johnny Jallad,
   Vice President
   Accredited Surety & Casualty Co., Inc.
   400 South Park Avenue, Suite 320
   Winter Park, FL 32789
   (407) 629-2131
   **RE: 01-11-35100-RG**

b) U. S. Immigration & Naturalization Service
   7880 Bixcayne Boulevard
   Room 100
   Miami, FL 33138
   **RE:** File No. **A26 063 589**
      (ABRAHAM, Richard D.).

c) Richard D. Abraham,
   #20008-004   W-D
   P. O. Box 9000
   Forrest City, AR 72336-9000

FURTHER, Defendant moves this Court to request the U. S. Immigration & Naturalization Service to issue him a written "DISCHARGE" for his Bail, and provide him with a copy of this written Discharge; forthwith.

- 2 -

Executed this 14th day of February, 2002, pursuant to Title 28 U.S.C. § 1746, and the penalties for perjury; therein.

/S/ _____
Richard D. Abraham, Defendant
#20008-004    W-D
P. O. Box 9000
Forrest City, AR    72336-9000
In Propria Persona.


CERTIFICATE OF MAILING

I, RICHARD D. ABRAHAM, CERTIFY THAT I have mailed a true and correct copy to: Mr. Steven R. Petri, Assistant U.S. Attorney, 500 East Broward Boulevard, Ft. Lauderdale, FL 33394, on this 14th day of February, 2002.

_____
Richard D. Abraham

December 21, 2001

Immigration and Naturalization Service
7880 Biscayne Boulevard
Room 100
Miami, FL   33138

RE:   ABRAHAM, Richard D;   D.O.B. 7-15-39   Canada
      Port of Arrival:  Massena, 6/83, B-1
      File No.  A26 063 589
      Release Of IMMIGRATION BOND

Gentlemen:

   I need a "Discharge" from your Agency, in order to obtain the surety I put up for my Immigration Bond. (See: Enclosed).

   Presently, I am in Federal Prison, and scheduled to be deported on or before my release.  I have been informed by the Bonding Company (Accredited Surety & Casualty Co., Inc, 400 S. Park Avenue, Suite 320, Winter Park, FL  32789; (407)629-2131), that the only way I can obtain my surety is for your Agency to send them an Original of my Discharge.  (See: Enclosed "Business Reply Form").

   Therefore, I am requesting that your Agency send the original of my Discharge to the aboveshown bonding company, Attention: Mr. JOHNNY JALLAL.  In the event that you require anything else, please contact me so that I may provide the necessary information. I would also request that you send me a copy of my Discharge at the below shown address.

   Thank you for your time and assistance, I will await your reply in this matter.

Sincerely,

RICHARD D. ABRAHAM
#20008-000
P. O. Box
Forrest City, AR   72336-9000

enclosure
cc:  file

FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
Consumer Complaints

# BUSINESS REPLY FORM

Complaint Of:

MR. RICHARD ABRAHAM
20008004 W-A
POST OFFICE BOX 9000
FORREST CITY, AR 72336-9000

Reference No: 01-11-35100 RG

Complete Name of Firm or Individual: Accredited Surety & Casualty Co., Inc.

Address: 400 S. Park Ave., Ste. 320, Winter Park, FL  32789

Telephone: 407-629-2131

Name of President or General Manager: Deborah Jallad

Name of Owner: _____

Consumer Services Registration Number, if applicable: _____

Name, address and telephone number of person to contact for additional information, if necessary:

Johnny Jallad, 400 S. Park Ave., Ste. 320, Winter Park, FL  32789
407-629-2131

Please state your position, giving action taken or planned: (Continue on back if needed.)

This is an immigration bond, that falls under the federal and the Dept. of Insurance. Anyhow, our agent indicated that this bond is still open and we do not have a discharge from Immigration. We will contact in writing the Dept. of Immigration and advise Mr. Abraham at the address mentioned in your letter. I suggest that Mr. Abraham call his Immigration Office and obtain a dischared (if any) form and mail the ORIGINAL to my attention. If you have any questions, please call me. Sorry to inconvenience your department with this problem.

**Please return completed form to:**

Florida Department of Agriculture
and Consumer Services
Division of Consumer Services
The Mayo Building, 2nd Floor
Tallahassee, Florida 32399-0800

_____(Signature)

Vice President
(Title)

November 30, 2001
(Date)

10400
(5/94)