UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   Case No. 00-6271-CR-FERGUSON
        Plaintiff,

Vs.

RICHARD D. ABRAHAM
        Defendant.
_____/

FILED by _____ D.C.
JUN 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON PENDING MOTION

**THIS CAUSE** is before the Court on defendant's Motion for Release of Bail by Sentenced Federal Prisoner [D.E. 43] filed February 23, 2002. After consideration of the motion and all the premises it is hereby,

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**, for lack of jurisdiction. The matter referred to is an Immigration Bond. Discharge of the bond should be addressed to the U.S. Immigration and Naturalization Services.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of June, ~~April~~, 2002

                                    WILKIE D. FERGUSON, JR.,
                                    UNITED STATES DISTRICT JUDGE

c:
Steve Petri, AUSA
Richard D. Abraham
#20008-004
P.O. Box 9000
Forrest City, AR