UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


RICHARD D. ABRAHAM,

    Petitioner,


vs.                                         case: OO-6271-CR-WDF

                                        JUDGE WILKIE D. FERGUSON Jr.

U.S.A.

=============================


MOTION FOR HABEAS AND COUNSEL

    COMES NOW RICHARD D. ABRAHAM, Petitioner, by and pursuant to JURISDICTION 8 U.S.C. 1358, and 1362, **RIGHT TO COUNSEL**, with 8 U.S.C. 1363, Deposit of and interest on "CASH" recieved to secure Immigration Bond....Accordingly:

ARGUMENT

    That Petitoner, RICHARD D. ABRAHAM, came to on, so dated JULY-25-2002, as is recorded from UNITED States District Court, Southern District of Florida, UNITED STATES DISTRICT COURT JUDGE WILKIE D. FERGUSON Jr. with Full Knowlege Petitioners. to be INCARCERATED F.C.I. FOREST CITY, Arkansas, and Scheduled, to Deportation being a Known, and recorded, Citizen of Canada, That JURISDICTION, DOES IN FACT Lie to 8 u.S.C. 1358, as Well 8 U.S.C. 1329, Accordingly, so that an Adjustment is heretofore MANDATED, AND FAVORABLE TO Petitioner

    Where Discussion and tenative agreement, documented, and AFFIRMED that Petitioner, IS IN FACT, as is recorded, that Petitioner, addressed THE COURT FROM F.C.I. FOREST CITY Arkansas, Where as the Court ARE Well aware, "**JURISDICTION**" CAME TO BE ESTABLISHED, AUTOMATICALLY, Febuary 14-2002.

    That Petitioners, request to his KNOWN AS IS RECORDED, $5000.00 Case bond, with the ACCREDITED SURETY AND CASUALTY Co., Inc. 400 South Park Ave., Suite 320 Winter Park Fl., 32789 (407) 629-2131 ( Reference

No. 01-11-35100/RG), as gounded to 8 U.S.C. 1362, Deposit of and INTEREST ON "CASH", recieved to Secure **IMMEGRATION BOND"**.

    **Under Color of Law, addressed** by this Court, well aware, of,to so clearly,and Conviencingly, by Cruel and Unusual Punishment,and Malicious Prosecution,place the Burden is on the Government, essentially by the situation, as with "FLORIDA DEPARTMENT OF AGRICULTURE, AND CON-SUMER Services,Charles H. Bronson,Commissioner, The Capitol Tallah-lasses,Fla., 32301, Fax, 850-487-4177; BY "A Letter"...so dated 12-4-01, "Closing "Closing the File",while not only, "IN FACT"----Completely, Failing tonot only addressing this situation ----------but..."IGNORING THEIR CLEAR RESPONSIBILITIES, Where a "**RESPONSE,of Credible signifiance, ismandated"**...AS IS RECORDED, CLEARLY, VIOLATING Petitioners,Constitutional **Rights,or priviledges,or immunities,and Committed Under Color of Law,absent all Justification.**

    So that at this Point the Accadited surety,adn Casualty Co., Inc., P.O. Box 1630, Winter ParkFl., 32790, as cited by **RONNIE M.GREEN-MANN** Regulatory Specialistt, III, Elected, absent all **Justification, on December-4-01, To Completely,..and Conviencingly, Ignore,his responsib-ilites,** as Constructive.ly establihsed to INCARCERATED PETITIONER,AND Therefore Clearly,and Conviencingly, Violate,his Constitutional Rights Priviledges,or Immunities, absent all Justication.

    That **ACCREDITED SURETY AND CASUALTY, CO., INC., 400** S.Park Avee Ste. 320 Winter Park, Fl., 32789, Also P.O. Box 1630,Winter Park,Fl., 32790, have Knowingly,and Willfully by Malicious Intent, Faialed,and refused,to respond.

### CONCLUSION

    WHEREFORE Petitioner, **RICHARD D. ABRAHAMS**, HERETOFORE, PRAY-FULly requesting to this Courts,the IMMEDIATE RETURN,OF HIS DEPOSIT of %5000.00 Plus and With Interest,so allowed by 8 USC 1363; from eiter **I.N.S. or JOHNNY JALLAD, V.P.** Accredited Surety, and Casualty Co., Ins. 400 South Park, Ave, Suite 320, Winter Park, Fl. 32789, (407) 629-2131     **RE: 01-11-35100 R.G. where in** addition for IMMEDIATE DEPORT-TION, to Canadada,or Residence,of Orlando Florida, qa Well reimbursement by JOHNNY JALLAD,THE SUM OF Ten Thousand,by Attempt to Defraud,and for any other and all Considerations, as are appropriate.

( 2 )

CERTIFICATE OF SERVICE

    I, RIHCARD D. ABRAHAM, DO SO SWEAR, THAT ON THIS DRAFTED, UNDER Oath, accordingly.

Date: August-7-2002

_____
RICHARD D. ABRAHAMS,Pro se
20008-004, W.D.
F.C.I. Forest City
Box 9000
Forest City, Ar., 72336