UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


RICHARD D. ABRAHAM,
       Petitioner

Vs.                                                    Case: 00-6271-CR-WDF
                                                       Judge WILKIE D. FERGUSON, Jr.

U.S.A.

---

MOTION FOR HABEAS
TO RELEASE

    COMES NOW PETITIONER, RICHARD D. ABRAHAM, by and pursuit to JURISDICTION 8 U.S.C. 1358, and 1362, also amending with Right to COUNSEL - 8 U.S.C. 1363, for RETURN IMMEDIATLY, "CASH'"---Deposit, of $ 5000.00(Five Thousand) for I.N.S. Bond, for DETENTION BOND, that is now Mandated, by the I.N.S. to complete, as is recorded, and mandated to be retuned to Petitioner, With INTEREST---8 U.S.C. 1363, IMMEDIATELY as is appropriate:

### ARGUMENT

    THAT **PETITIONER, RICHARD D. ABRAHAM** has, as is recorded, addressed, this court, as well the Attorney General, to the Hereintofore facts, over, a Year, only to be Openly, "IGNORED", AS IS RECORDED, to any response, Where "JURISDICTION"------8 U.S.C. 1358, as Well 8 U.S.C. 1329------has been and is clearly established, as Well Petitioners, "REFUND OF $5000.00 Plus Interest, for IMMIGRATION: Naturalization Service; Known, Placement, to "BOND"...Where the "Clear Facts" clearly show, to Petitioners, IMMEDIATE DEPORTMENT, TO Canads, That "THE MERE PLACEMENT OF THE Facts" absent the Act, is Cruel and unusual Punishm4ent, so inflicted, under Color of Law, by Deliberate Indifference, toPetitioners, Constitutional Rights, Priveleges or Immunities, as is recorded, to so thusly mandate, "COURT ORDER"

to the (1) IMMIGRATION NATURALIZATION SERVICE, and (2) ATTORNEY GENERAL,for IMMEDIATE PLACEMENT,of the "DETAINER HOLD" and IMMEDIATE Release of Petitioners, $5000.00 (FIVE THOUSAND DOLLARS), plus Interest to Petitioner,of $5317.63, as Well Immediate Deportation to Canada.

## CONCLUSION

PETITIONERS, is prayful to the Immediate Deposition of his REGUND, SO RECORDED, of all Informed,of $5317.63, So Caused,Over a Year,maybe Two Years, as is recorded, While IN FACT, as is recorded Petitioners, has remained, Incarcerated, this entire Period,to so MANDATE, IMMEDIATE Transfer,to Canada,and for any and all other, considerations, that should and could be appropriate.

### CERTIFICATE OF SERVICE

I RICHARD D. ABRAHAM, DO SO SWEAR THAT THIS HAS BEEN DRAFTED,Under Oath,with Copies, to Attorney General,South Florida, been drafted,under Oath Accordingly,

August-14-02

X /s/ Richard Abraham
RICHARD D. ABRAHM,Pro se
20008-004
F.C.I. Forest City
Box 9000
Forest City,Ark, 72336

( 2 )