UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORDIA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | * * * | CASE NO. 00-6271-CR-WDF |
| VS. | * * | MOTION FOR RELEASE OF BAIIL BY SENTENCED FEDERAL PRISONE |
| RICHARD D. ABRAHAM DEFENDANT, | * * * * | |

6:02-CV-1211-O

FILED by JC D.C.
INTAKE
DEC 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION FOR RETURN OF PROPERTY RULE 41(e) RULES OF CRIMINAL PROCEDURE

A person aggrieved by a unlawful search and seizure or by the deprivation of property may move the district court for the district in which the property was seized for the return of the property on the ground that such person is entitled to lawful possession of the property.

### JURISDICTION

This Court have jurisdiction to here this this case and rule because **ACCREDITED SURETY & CASUALTY COMPANY, INC. 400 SOUTN PARK AVENUE, SUITE 320, WINTER PARK, FL 32789, IS IN THE DISTRICT OF THIS MOST HONORABLE COURT ACCORDING TO RULE 41(e) OF RULES OF CRIMINAL PROCEDURE.**

<u>Defendant</u>, Richard D. Abraham ('Abraham"), moves this Most Honorable Court to release his Immigration Bail, due to his being a sentenced Federal Prisoner, with an Order of deportation in effect. As grounds for this motion, Abraham will Show the following:

SCANNED

(1).

## STATEMENT OF FACTS

1. Abraham was required by the Federal Government to obtain an Immigration Bond," in the amount of FIVE-THOUSAND ($5,000.00) Dollars, to remain in the United States.

2. Abraham obtained his $5, 000.00" Immigration Bond" from **ACCREDITED SURETY & CASUALTY COMPANY, INC,** 400 South Park avenue, Suite 320, Winter Park, Fl 32789, (REFERENCE NO. 01-11-35100/RG). (See: "BUsiness Reply Form," attached).

3. On June 29, 2001, Abraham was sentence to a term of 60 months, remanded to the custody of the federal Bureau of Prisons, to serve his sentence, and upon his release he will be deported to Canada.

4. On December 21, 2001, Abraham wrote to the U.S. Immigration and Naturalization Service ("INS"), to obtain a Discharge for his $5,000.00 Bail from the INS.(See: Letter, 12-21-01, attached). As of today's date, the INS has failed to reply to his request.

5. Abraham now must request this Court issue an Order releaseing his Bail, so his family will not be deprived of their hard earned monies as he has been sentenced, and is scheduled for deportation, once his term of incarceration is completed.

## CONCLUSION

Wherefore Defendant moves this Most Honorable Court for an Order according to Rule 41 (e) where a defendant is deprive of his property of ($5,000.00) dollars and interest to release the Bail money with interest due to his being a sentenced and incarcerated Federal Prisoner who is deportable, the defendant would be gracious if this most honorable court grant a order to the bond company to give back his money with interest.

Executed this 9th Oct, 2002 pursuant to TITLE 28 U.S.C. &1746, and the penalties for perjury;therein.

*[signature]*

RICHARD D. ABRAHAM DEFENDANT PRO-SE
REGISTER NUMBER 20008-004 W-D
POST OFFICE BOX 9000-W-D
FEDERAL CORRECTIONAL INSTITUTION
FORREST CITY, AR. 72336-9000

## CERTIFICATE OF SERVICE

I Certify that a true and correct copy have been mailed to Accredited Surety & Casualty Company, Inc. 400 South Park Avenue, Suite 320, Winter Park, Fl 32789,

RESPECTFULLY SUBMITTED

*[signature]*

RICHARD D. ABRAHAM PRO-SE
REGISTER NUMBER 20008-004
POST OFFICE BOX 9000-W-D
FEDERAL CORRECTIONAL INSTITUTION

December 21, 2001

Immigration and Naturalization Service
7880 Biscayne Boulevard
Room 100
Miami, FL   33138

RE:   ABRAHAM, Richard D;  D.O.B. 7-15-39   Canada
      Port of Arrival:  Massena, 6/83, B-1
      File No.  A26 063 589
      Release Of IMMIGRATION BOND

Gentlemen:

    I need a "Discharge" from your Agency, in order to obtain the surety I put up for my Immigration Bond. (See:  Enclosed).

    Presently, I am in Federal Prison, and scheduled to be deported on or before my release.  I have been informed by the Bonding Company (Accredited Surety & Casualty Co., Inc, 400 S. Park Avenue, Suite 320, Winter Park, FL  32789; (407)629-2131), that the only way I can obtain my surety is for your Agency to send them an Original of my Discharge.  (See: Enclosed "Business Reply Form").

    Therefore, I am requesting that your Agency send the original of my Discharge to the aboveshown bonding company, Attetion: Mr. JOHNNY JALLAD.  In the event that you require anything else, please contact me so that I may provide the necessary information. I would also request that you send me a copy of my Discharge at the below shown address.

    Thank you for your time and assistance, I will await your reply in this matter.

Sincerely,

[signature]

RICHARD D. ABRAHAM
#20008-004   W-D
P. O. Box 9000
Forrest City, AR   72336-9000

enclosures (2)
cc:  file

( 1 )

FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES
Consumer Complaints

# BUSINESS REPLY FORM

Complaint Of:

MR. RICHARD ABRAHAM
20008004 W-A
POST OFFICE BOX 9000
FORREST CITY, AR 72336-9000

Reference No: 01-11-35100/RG

Complete Name of Firm or Individual: Accredited Surety & Casualty Co., Inc.

Address: 400 S. Park Ave., Ste. 320, Winter Park, FL 32789

Telephone: 407-629-2131

Name of President or General Manager: Deborah Jallad

Name of Owner: _____

Consumer Services Registration Number, if applicable: _____

Name, address and telephone number of person to contact for additional information, if necessary:

Johnny Jallad, 400 S. Park Ave., Ste. 320, Winter Park, FL 32789
407-629-2131

Please state your position, giving action taken or planned: (Continue on back if needed.)

This is an immigration bond, that falls under the federal and the Dept. of Insurance. Anyhow, our agent indicated that this bond is still open and we do not have a discharge from Immigration. We will contact in writing the Dept. of Immigration and advise Mr. Abraham at the address mentioned in your letter. I suggest that Mr. Abraham call his Immigration Office and obtain a discharge (if any) form and mail the ORIGINAL to my attention. If you have any questions, please call me. Sorry to inconvenience your department with this problem.

Please return completed form to:

Florida Department of Agriculture
  and Consumer Services
Division of Consumer Services
The Mayo Building, 2nd Floor
Tallahassee, Florida 32399-0800

_____
(Signature)

Vice President
(Title)

November 30, 2001
(Date)



Florida Department of Agriculture & Consumer Services
CHARLES H. BRONSON, Commissioner
The Capitol • Tallahassee, Florida

December 4, 2001

Division of Consumer Services
227 North Bronough Street
City Centre Building, Suite 7200
Tallahassee, Florida 32301
1-800-HELP-FLA
Fax 850-487-4177

MR. RICHARD ABRAHAM
20008004 W-A
POST OFFICE BOX 9000
FORREST CITY, AR 72336-9000

01-11-35100 / RG

Subject:   ACCREDITED SURETY AND CASUALTY CO, INC

Dear  MR. ABRAHAM:

   The enclosed reply states the position of the business in response to your complaint.

   The authority of the Department in this matter is limited to informal mediation of disputes. Florida law does not authorize this agency to order refunds or reimbursements for damages, force a settlement, or provide legal services.

   The exchange of information between you and the business has been made in an effort to assist you in reaching an agreement. At this point, you may consider working directly with the business to reach a compromise. We are closing our file and designating it as "closed satisfactorily.

   Thank you for contacting the Department regarding your complaint. Please contact us if you need assistance on any other consumer-related issue in the future.

Sincerely,

*Ronnie M. Greenman*

Ronnie M Greenman
Regulatory Specialist III
850-410-3711/1-800-435-7352 (Florida Only)
E-Mail  greenmr@doacs.state.fl.us

cc  ACCREDITED SURETY AND CASUALTY CO INC
    POST OFFICE BOX 1630
    WINTER PARK, FL 32790



Florida Department of Agriculture & Consumer Services
CHARLES H. BRONSON, Commissioner
The Capitol • Tallahassee, Florida

November 21, 2001

Division of Consumer Services
Second Floor, Mayo Building
Tallahassee, Florida 32399-0800
1-800-HELP-FLA
Fax 850-487-4177

In Reply Refer To:

MR. RICHARD ABRAHAM
20008004 W-A
POST OFFICE BOX 9000
FORREST CITY, AR 72336-9000

01-11-35100 / RG

Re: ACCREDITED SURETY AND CASUALTY CO, INC

    This is to acknowledge receipt of your complaint against the above-referenced business and to advise you that we have begun the informal mediation process, as mandated by section 570.544(3), Florida Statutes.

    We mailed the business a copy of your complaint, along with a request that the business respond to your grievance. Please be aware that this process may take between 60 and 90 days.

    Please include the reference number displayed above on future correspondence, and address any questions or concerns to my attention.

Sincerely

CHARLES H. BRONSON
COMMISSIONER OF AGRICULTURE

*Ronnie M. Greenman*

Ronnie M. Greenman
Regulatory Specialist III
850-410-3711 1-800-435-7352 (Florida Only)
E-Mail: greenmr@doacs.state.fl.us

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983—405-62

**U.S. DEPARTMENT OF JUSTICE**
**IMMIGRATION AND NATURALIZATION SERVICE** — IMMIGRATION BOND — File No. A26-063-589

33125

**A.** Name and address of obligor: FLOWERS BAIL BONDS, INC.
Charles J. Flowers, Agent 1600 N.W. North River Drive, Miami, FL

If this bond is executed by a surety company complete the following: Rate of premium: 15%   Amount of premium $ 750.00   The name and address of the person who executed a written instrument with the surety company requesting it to post the bond is: Harvey Zimmerman 5050 Biscayne Blvd., #101, Miami, FL 33137

**B.** Name of alien for whom this bond is furnished: (If there is more than one alien, separate schedule showing name of each alien, date and country of his birth and arrival data, signed and sealed by the obligor and made part hereof, is attached.)

Name: ABRAHAM, Richard D.           Date and country of birth of alien: 7/15/39 Canada
Date, port, and means of arrival in United States: 6/83 Massena B-1    Nationality of alien: Canadian

**C.** In consideration of the facts recited in paragraph or paragraphs herein numbered TWO (2) and captioned BOND CONDITIONED FOR THE DELIVERY OF AN ALIEN (and in any rider or riders lettered _____ and captioned _____ attached hereto, and made part hereof), the obligor above named, by subscribing hereto, hereby declares that he is firmly bound unto the United States in the sum of FIVE THOUSAND and 00/100 dollars ($ 5,000.00) except that insofar as the bond is that the alien shall not become a public charge (the obligor declares himself bound in such amount or successive amounts as are prescribed in paragraph (3) herein) as liquidated damages and not as a penalty, which sum is to be paid to the United States immediately upon failure to comply with the terms set forth in any such paragraph or rider. The obligor further agrees that any notice to him in connection with this bond may be accomplished by mail directed to him at the above address. If bond is furnished for more than one alien, the obligor agrees that any references herein to alien in the singular sense shall be construed in the plural sense. The obligor acknowledges receipt of a copy of this executed bond and any attached rider or riders specified above. The burden of establishing compliance with the terms of the bond rests on the obligor. If this bond has been executed in consideration of the facts recited in paragraph (1) captioned "Bond for Maintenance of Status and Departure of Non-immigrant Alien" and has been furnished for more than one alien, the amount due for each alien who fails to comply with the terms thereof shall be _____ dollars ($ _____), not to exceed the total sum of _____ dollars ($ _____).

---

POWER AMOUNT $6,000.00

**POWER OF ATTORNEY**
**ACCREDITED SURETY AND CASUALTY CO., INC.**
HOME OFFICE: ORLANDO, FLORIDA

Power No. AA 747830
P.O. Box 1630
Winter Park FL. 32790

KNOW ALL MEN BY THESE PRESENTS, that Accredited Surety and Casualty Co., Inc., a Corporation duly organized and existing under the laws of the State of Florida, has made pursuant to a Code of its By-Laws which was adopted by the Directors of the said Company, on the 31st day of August, 1971 and is now in effect, does constitute and appoint, and by these presents does make, constitute and appoint below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee for failure to provide payments, fines or wage law claims, on behalf of below named defendant.

This power of attorney is void if altered or erased. The obligation of the company shall not exceed the sum of
SIX THOUSAND ($6,000.00) DOLLARS      TEL! 407-629-2131

and provided this Power-of-Attorney is filed with the bond and retained as a part of the Court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.
IN WITNESS WHEREOF, ACCREDITED SURETY AND CASUALTY CO., INC., has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed _____ 14 _____ day of JUNE 19 85

Bond Amount $5000   Appearance Date To Be Set
Defendant Richard Abraham
Court Imm   City Miami
Offense Imm Act
Executing Agent _____

[Corporate seal: ACCREDITED SURETY AND CASUALTY CO., INC. SEAL 1971 FLORIDA]

---

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of _____ 19 _____
                                                                                                      (SEAL)
Before me, within the county of _____ in the State of _____ (or the District of Columbia), personally appeared the above named _____ and acknowledged the execution of the foregoing power of attorney.
Witness my hand this _____ day of _____ 19 _____

_____                                    _____
(Signature)                                               (Title)

Bond approved and accepted   Miami,   Florida                    June 14, 19 85



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD D. ABRAHAM,

    Petitioner,

v.                                                      CASE NO. 6:02-cv-1211-Orl-31DAB

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

After examination of the petition, it appears that this action should have been filed in the United States District Court, Southern District of Florida, Miami Division. This matter relates to immigration proceedings that occurred in Miami, Florida. Accordingly, pursuant to 28 U.S.C. § 1406(a), it is now

**ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Southern District of Florida, Miami Division.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _4_ day of November, 2002.

                                                            GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
pslc 10/21
Richard D. Abraham

SCANNED

F I L E   C O P Y

Date Printed: 12/05/2002

Notice sent to:

    ___ Richard D. Abraham
        FCI Forrest City
        P.O. Box 9000
        Forrest City, AR   72336

```
                                                      MAG        CLOSED
                                                      DAB
                    U.S. District Court
              Middle District of Florida (Orlando)

          CIVIL DOCKET FOR CASE #: 02-CV-1211
```

Abraham v. United States                               Filed: 10/16/02
Assigned to: Judge Gregory A. Presnell
          Referred to: Magistrate Judge David A. Baker
Demand: $0,000                                  Nature of Suit:  540
Lead Docket: None                               Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal)


RICHARD D. ABRAHAM              Richard D. Abraham
     petitioner                 20008-004
                                [NTC] [PRO SE]
                                FCI Forrest City
                                P.O. Box 9000
                                Forrest City, AR 72336


     v.


UNITED STATES OF AMERICA
     respondent

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
            Deputy Clerk

```
Proceedings include all events.                                    MAG
6:02cv1211 Abraham v. United States                             CLOSED
                                                                   DAB
10/16/02  1       PETITION for writ of habeas corpus by a federal prisoner.
                  (Petition in the form of a Motion for Release of Bail;
                  Return of Property Rule 41(e) Rules of Criminal Procedure)
                  (jet) [Entry date 10/17/02]

10/16/02  --      MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: David
                  A. Baker (jet) [Entry date 10/17/02]

10/16/02  --      CASE REFERRED to Magistrate Judge David A. Baker (jet)
                  [Entry date 10/17/02]

12/4/02   2       ORDER transferring action to the United States Dictrict
                  Court, Southern District of Florida, Miami Division (Signed
                  by Judge Gregory A. Presnell) ctc (jet)
                  [Entry date 12/05/02]

12/4/02   --      TRANSFER to Southern District of Florida, Miami Division
                  (jet) [Entry date 12/05/02]
```