UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6271-CR-DIMITROULEAS

    Plaintiff,

vs.

RICHARD ABRAHAM,

    Defendant.
_____/



## ORDER CORRECTING SCRIVENER'S ERROR IN SENTENCE

THIS CAUSE having been brought to the Court's attention by the Bureau of Prisons[1] and the Court, pursuant to Rule 36, Federal Rules of Criminal Procedure, finds that a clerical or scrivener's order occurred in the Judgment and Sentence in this case, and the Court having reviewed a transcript [DE-50] of the sentencing hearing held before Judge Ferguson on June 29, 2001,[2] and oral pronouncements' controlling over written orders, the Court finds as follows:

1. Defendant was sentenced to sixty (60) months on Counts Two and Four and Seventy (70) months on Count Seventeen, all to run concurrently with each other. The sentence on Count Seventeen is corrected to read seventy (70) and not (10) months.

The Clerk shall enter a corrected judgment and sentence.

---

[1] BOP did not know whether the 70 month sentence was a 60 and 10 month consecutive sentence or a 60 and 70 month concurrent sentence.

[2] The Clerk re-assigned this case to this judge after Judge Ferguson's death. [DE-48].



1

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of December, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Richard D. Abraham, #20008-004
c/o F.C.I.
P.O. Box 9000
Forrest City, AR 72336-9000

Steve Petri, AUSA

Bureau of Prisons