April 16th, 2004

UNITED STATES DISTRICT COURT  CASE NO. 00-6271-CR-DIMITROULEAS
SOURTHERN DISTRICT OF FLORIDA
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE
299 East Broward Boulevard
Fort Lauderdale, Florida 33301-1902



Dear Judge Dimitrouleas

   When I was arrested on 9-11-2000, I was given a Public Defender (Federal) by the name of PATRICK M. HUNT.
   I tryed writing him twice, but the letters keep returning to me. I need is help with trying to get the IMMIGRATION to give me a discharge in order to get back by IMMIGRATION BOND. I sent many letters to the IMMIGRATION, but they do not response to any of my letters.
   I don't know what happened to Mr. Hunt, and if he doesn't respond to my letters, can your Honor give me another PUBLIC DEFENDER.
   I will be waiting to hear from you your Honor, and I would like to thank you in advance.


Respectfully yours
*Richard Abraham* (signature)
Richard Abraham
#20008-004
INTEREST UNIT  W1-2
1801 WEST INTERESTATE-20
BIG SPRING, TEXAS  79720