UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6271-CR-DIMITROULEAS

Plaintiff,

vs.

RICHARD ABRAHAM,

Defendant.
_____/



### ORDER

THIS CAUSE is before the Court on Defendant's pro se April 16, 2004 letter requesting counsel or help with contacting his Public Defender. The Court has previously issued an order concerning a similar request. [DE-51]. The Court declines the opportunity to tell Mr. Hunt whether he should answer letters on a closed case. The Court has no inclination to tell the Public Defender how to assign assistants to cases.

Wherefore, Defendant's requests are Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Richard D. Abraham, #200008-004
c/o FCI
PO Box 9000
Forrest City, AR 72336-9000

Steve Petri, AUSA
Patrick Hunt, AFPD