January 26th, 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 EAST BROWARD BLVD.
FORT LAUDERDALE, FLORIDA 33301-1902

CASE NUMBER:00-6271

RE: RICHARD ABRAHAM
    #20008-004
    INTERSTATE UNIT W1-2
    1801 WEST INTERSTATE-20
    BIG SPRING, TEXAS 79720

FILED by _____ D.C.

FEB - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Dear Judge Dimitrouleas

When I was sentence back in 06-29-01, by the late Judge Wilkie D. Ferguson Jr. he told at that time that I would have to do 85% of my sentence which was seventy months. My attorney Mr. PaTRICK Hunt also told me the same thing. I tryed to resolve this matter with my counselor here at Interstate, but they will do nothing about it. They told me to write the B.O.P. which I did, but I still have not heard from them, and this was back in August 17, 2004.

It would greatly appreciated your Honor, if you would give me the ONE HUNDRED AND FIVE DAYS (105) they owe me.

Please find enclosed a copy of the letter I wrote to the B.O.P. asking them to give me the days they owe me. I would like to take this opportunity to thank you in advance, and I'll be waiting for your response.

Respectfully yours
Richard Abraham
#20008-004

August 17th, 2004

INMATE SYSTEM BEPARTMENT
Bureau Of Prison
727 East Durango, Blvd. B-136
SAn Antonio, Texas 78206

ATTENTION: MR. HENRY TREVINO

Dear Mr. Trevino

My name is RICHARD ABRAHAM, my BOP number is 20008-004, and my D.O.B. is 7-15-39.

I would like to bring to your attention that there is an error on my COMPUTATION release date. According to the COMPREHENSIVE CRIME ACT, of 1984 in your P.S. 5100.05, Chapter 7, Page 10, I will be expected to be incarcerated and do 85% of my sentence.

I have never received any disciplinary report of any kind, and for that, I am expecting 54 days a year, but as you can see, I never have but once.

Using the example on P.S. 5100.00 Chapter 7, Page 11, I have calculated my sentence to be 59.5 months. I was sentence to 70 months.

My Calculation: 7-2-06 Start CAlculation.
70 months x 85% Approximate release date (ACCORDING TO CCCA).
My Computation data shows 7-2-06 Starting DAte.
        8-17-05 Approximately 105 days over

Enclosed is a copy of my calculation data sheet, and B.O.P. method of Calculation. I shall be waiting for your response, and I would like to thank you in advance.

Respectfully
Richard Abraham
#20008-004