PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65321



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **0:00CR06271-001**

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Richard Abraham

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U.S. District Court Judge, Fort Lauderdale, Florida

Name of Reassigned Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: June 29, 2001

| | |
|---|---|
| Original Offense: | Count's 2 & 4: Wire Fraud, in violation of Title 18, U.S.C. § 1343, both Class D felonies; and Count 17: Illegally reentering the USA after deportation, in violation of Title 8, U.S.C. § 1326 (a), (b)(2), a Class C felony. |
| Original Sentence: | Seventy (70) months custody of the U.S. Bureau of Prisons, followed by three (3) years supervised release. Special conditions ordered: at the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for removal proceedings consistent with the Immigration and Nationality Act; and if removed the defendant shall not reenter the United States without the express permission of the U.S. Attorney General. The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of arrival. He was also ordered to pay $69,800 in Restitution and a $300 Special Assessment. |

Type of Supervision: Supervised Release    Date Supervision Commenced: December 29, 2005

Assistant U.S. Attorney:  
Steve Petrie

Defense Attorney:  
Patrick M. Hunt, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant  
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65321

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about January 4, 2006, in Massena, New York, the defendant did illegally re-enter the United States after removal without the written permission from the Attorney General or his successor the Secretary for Homeland Security, contrary to 8 U.S.C. § 1326 (a),(b)(2). |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 13, 2006

David L. Sutherland  
U.S. Probation Officer  
Phone: (9540 769-5512

DLS/dee

Reviewed and Approved by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

March 16, 2006  
Date