PROB 19a  SD/FL PACTS No. 65321

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06271-001

U.S.A. vs Richard Abraham

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

537218

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Richard Abraham | M | W | 67 |

ADDRESS (STREET, CITY, STATE)

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida, Fort Lauderdale | 06/29/2001 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
Southern District of Florida, Fort Lauderdale

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 3/21/06 |

### RETURN

Warrant received and executed.

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| 3/21/06 | 3/10/08 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS Albany, NY

| NAME | (BY) | DATE |
|---|---|---|
| Christina Pharo, US Marshal S/D Fl | Manny Puri, SDUSM | 3/10/08 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."