**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 443
SCRANTON, PA 18501-0443

THOMAS M. BLEWITT
CHIEF MAGISTRATE JUDGE

ROOM NO. 217

TEL. (570) 207-5740
FAX (570) 207-5749

March 10, 2008



Clerks Office
SD of Fla.
Miami, Fla. 33128

Re: USA v. Abraham
MD of Pa. 3:08-MJ-24
SD of Fla. 0:00CR06271-001

Dear Clerk:

Please find enclosed copies of documents with the docket sheet pertaining to the above defendant who appeared before Magistrate Judge Thomas M. Blewitt on March 10, 2008.

Please acknowledge receipt for the same on the copy of this letter and return to us.

Very truly yours,

MARY E. D'ANDREA, Clerk

Jacqueline Butterly
Deputy Clerk

MED/jb
Encl.

# United States District Court
## Middle District of Pennsylvania (Scranton)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-00024-TMB-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Abraham | Date Filed: 03/05/2008 |
| Other court case number: 0:00CR06271-001 SD of Florida | |

Assigned to: Magistrate Judge Thomas M. Blewitt

**Defendant (1)**

| | | |
|---|---|---|
| **Richard Abraham** | represented by | Ingrid S. Cronin<br>Federal Public Defender.<br>116 North Washington Ave.<br>Kane Professional Building, Suite 2C<br>Scranton, PA 18503 - 1800<br>570-343-6285<br>Fax: 570-343-6225<br>Email: ingrid_cronin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | 1 | PETITION - (copy) for Warrant or summons for offender under supervision as to deft from the USDC SD of Fla. (jb, ) (Entered: 03/06/2008) |
| 03/05/2008 | 2 | NOTICE OF IN COURT HEARING as to Richard Abraham. Rule 5 and Rule 40 is scheduled for deft on 3/10/08 at 1:15 PM. (jb, ) (Entered: 03/06/2008) |
| 03/10/2008 | 3 | CJA 23 Financial Affidavit by Richard Abraham. (jb, ) (Entered: 03/10/2008) |
| 03/10/2008 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Ingrid Cronin as to Richard Abraham. Signed by Magistrate Judge Thomas M. Blewitt on 3/10/08. (jb, ) (Entered: 03/10/2008) |
| 03/10/2008 | 5 | WAIVER of Rule 323.1 hearing by Richard Abraham and counsel. (jb, ) (Entered: 03/10/2008) |
| 03/10/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Richard Abraham. Defendant committed to District of SD OF Fla.. Signed by Magistrate Judge Thomas M. Blewitt on 3/10/08. (jb, ) (Entered: 03/10/2008) |
| 03/10/2008 | 8 | (Court only) Minute Entry for Initial Appearance in Rule 40 Proceedings held before Magistrate Judge Thomas M. Blewitt on 3/10/08; Court calls case and explains Petition and Warrant from SD of Fla. Court advises deft of his rights including cn. Fin Aft filed. Ct appts FPD for deft. Deft states he understands what he is charged with. Deft and counsel sign Waiver. Bail: Govt moves to detain deft. Deft and his cn state they waive detention hearing and deft wishes to return to the SD of Fla. Court signs Commitment Order for deft to be returned to the SD of Fla. (Court Reporter Laura Boyanowski.) (jb, ) (Entered: 03/13/2008) |
| 03/10/2008 | 9 | LETTER- to clerks office in SD of Fla enclosing docket sheet and copy of documents. (jb, ) (Entered: 03/13/2008) |
| 03/13/2008 | 7 | COURT REPORTER NOTES re Richard Abraham filed by boyanowski of rule 5 and rule 40 before Judge blewitt on 3/10/08. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge blewitt on 3/10/08. By s/ boyanowski. (Court Reporter Notes are viewable by court staff only). (cr5, ) (Entered: 03/13/2008) |

3:08-MJ-24   DLS

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 65321

FILED by _____ D.C.

MAR 16 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06271-001

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Richard Abraham

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U.S. District Court Judge, Fort Lauderdale, Florida

Name of Reassigned Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence: June 29, 2001

Original Offense: Count's 2 & 4: Wire Fraud, in violation of Title 18, U.S.C. § 1343, both Class D felonies; and Count 17: Illegally reentering the USA after deportation, in violation of Title 8, U.S.C. § 1326 (a), (b)(2), a Class C felony.

Original Sentence: Seventy (70) months custody of the U.S. Bureau of Prisons, followed by three (3) years supervised release. Special conditions ordered: at the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for removal proceedings consistent with the Immigration and Nationality Act; and if removed the defendant shall not reenter the United States without the express permission of the U.S. Attorney General. The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of arrival. He was also ordered to pay $69,800 in Restitution and a $300 Special Assessment.

Type of Supervision: Supervised Release

Date Supervision Commenced: December 29, 2005

Assistant U.S. Attorney:
Steve Petrie

Defense Attorney:
Patrick M. Hunt, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 65321

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about January 4, 2006, in Massena, New York, the defendant did illegally re-enter the United States after removal without the written permission from the Attorney General or his successor the Secretary for Homeland Security, contrary to 8 U.S.C. § 1326 (a);(b)(2). |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 13, 2006

David L. Sutherland
U.S. Probation Officer
Phone: (9540 769-5512

DLS/dee

Reviewed and Approved by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

March 16, 2006
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
by _____ Deputy Clerk
Date 3/22/06

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PROBATION OFFICE

**Reginald D. Michael**
Chief U.S. Probation Officer
300 N.E. 1 Avenue, Room 315
Miami, Florida 33132-2126

REPLY TO:
101 N.E. 3rd Avenue
Suite 200
Ft. Lauderdale, Florida 33301
(954) 769-5600

January 18, 2007

USP Canaan
PO Box 400
Waymart PA 18472
Attn: Al Farley
Inmate Systems Manager

Re:   Abraham, Richard
Reg # 20008-004
Detainer to be lodged

Dear Mr. Farley:

I received a letter signed by Peggy Trently asking for clarification on a detainer on the above inmate. On March 22, 2006 United States District Court Judge William P. Dimotrouleas issued a warrant for violation of supervised release, charging Abraham with violation of the law stemming from the conviction he is currently serving time on at your facility. Enclosed please find a certified copy of the petition for probation action and warrant for arrest of supervised releasee. Please lodge as a detainer. Mr. Abraham will be brought before Judge Dimotrouleas upon completion of his sentence.

Should yo require any further information, please contact me at 954-769-5512. Thank you for your assistance in this matter.

Respectfully,

David Sutherland
United States Probation Officer

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

V.

RICHARD ABRAHAM

**NOTICE**

CASE NUMBER: 3:08-MJ-24

TYPE OF CASE:
☐ CIVIL   X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William. J. Nealon Courthouse & Federal Bldg. 235 North Washington Avenue Scranton, Pa. 18501 | To be determined at a later date |
| | DATE AND TIME |
| | March 10, 2008 at 1:15 PM |

TYPE OF PROCEEDING

RULE 5 AND RULE 40

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

THOMAS M. BLEWITT
U.S. MAGISTRATE/JUDGE

March 5, 2008
DATE

(BY) DEPUTY CLERK

TO:
THOMAS M. BLEWITT, U.S. MAGISTRATE/JUDGE
U.S. Marshal, U.S. Probation, U.S. Attorney
Court Reporter
Federal Public Defender (Inf. Copy)

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

USA v.s. Richard Abraham

FOR: Middle District of Pennsylvania
AT: Scranton, PA

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name)
▶ Richard Abraham

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: ▶ 3:08-MJ-24
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

Rule 40

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  $ VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
_X_ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/10/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Richard Abraham

4/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

VS.                              :        3:08-MJ-24
                                 :

RICHARD ABRAHAM                  :

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

NOW, this 10th day of **March 2008,** the above-named defendant having requested an attorney without payment of fee, and having completed the required Financial Affidavit (Form CJA 23) in support of said request, and having certified same to be correct;

**AND**, the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving the right to counsel;

**IT IS ORDERED THAT** the Federal Public Defender for the Middle District of Pennsylvania, Kane Professional Building, Suite 2C, 116 North Washington Avenue, Scranton, Pennsylvania 18503, be and hereby is appointed to represent the defendant in all matters pertaining to the above-captioned action.

Date: **March** 10, **2008**

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

UNITED STATES OF AMERICA

V.

__RICHARD ABRAHAM_____
Defendant

WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: __3:08-MJ-24__

CHARGING DISTRICTS
CASE NUMBER: __0:00CR06271-001__

I understand that charges are pending in the __Southern__ District of __Florida__ alleging violation of __Supervised Release__ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__3/18/08__
Date

_____
Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of PENNSYLVANIA

| UNITED STATES OF AMERICA V. RICHARD ABRAHAM | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| | 3:08-MJ-24 |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | MD of Pa | SD of Fla |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify)

charging a violation of            U.S.C. §

**DISTRICT OF OFFENSE**
Southern District of Fla.

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**
☐ Bail fixed at          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language:

Middle **DISTRICT OF** Pennsylvania

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/10/08
Date

Magistrate/Judge
Thomas M. Blewitt

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

# MINUTE SHEET

USA v. Abraham                      3:08-MJ-24

**DATE:** March 10, 2008

**TIME COMMENCED:** 1:15 PM    **COMPLETED:** 1:30 PM

**NATURE OF HEARING:** Rule 5 and Rule 40

**BEFORE:** Thomas M. Blewitt, US MAGISTRATE/JUDGE

**COUNSEL:**
**PLAINTIFF:** Fran Sempa, AUSA        **DEFENDANT:** Ingrid Cronin, Esq.

**REMARKS:** Court calls case and explains Petition and Warrant from SD of Fla. Court advises deft of his rights including cn. Fin Aft filed. Ct appts FPD for deft. Deft states he understands what he is charged with. Deft and counsel sign Waiver. Bail: Govt moves to detain deft. Deft and his cn state they waive detention hearing and deft wishes to return to the SD of Fla. Court signs Commitment Order for deft to be returned to the SD of Fla.

**Courtroom Deputy:** J. Butterly            **Ct Reporter:** Laura Boyanowski