# UNITED STATES COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: RICHARD ABRAHAM (J)#  
AUSA: STEVEN PETRI (T. Lanigan)  
AGENT: USPO: DAVID SUTHERLAND  
PROCEEDING: INITIAL APPEARANCE ON VIOL OF SUPERVISED RELEASE  
BOND/PTD HEARING HELD - yes (no)  
BOND SET @:  

CASE NO: 00-6271-CR-DIMITROULEAS  
ATTY:  
VIOL: SUPERVISED RELEASE VIOLATION  
RECOMMENDED BOND:  
COUNSEL APPOINTED: PD (Berube)  
To be cosigned by:  

☐ All standard conditions  
☐ Do not encumber property.  
☐ Surrender and / or do not obtain passports / travel documents.  
☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.  
☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.  
☐ Maintain or seek full - time employment.  
☐ No contact with victims / witnesses.  
☐ No firearms.  
☐ Curfew/Electronic Monitoring: ___  
☐ Travel extended to: ___  
☐ Other: ___  

Notes (handwritten):
- ∆ - Present in Court.
- Advised of Charges.
- Sworn/Test for Court Appointment. PD Appointed
- {IRS DETAINER}
- Gov't - Recommends No Bond
- ∆ - Waived Prel/Hrg, Signed
- Deferred Bond Hearing WAIVED
- Wishes to Proceed Before Dist Judge Dimitrouleas.
- NO Bond Hearing.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:  
REPORT RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:  

DATE: 4/2/08   TIME: 11:00 A.M.   FTL/TAPE/BSS# 08- 16   Begin: 3441-3600 5
{15 mins}   17-1-80
Recalled 380-450