UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-DIMITROULEAS

UNITED STATES OF AMERICA

         vs

RICHARD ABRAHAM

O R D E R

__X__ Appointing Counsel
_____ Ratifying Prior Service
_____ Extending Appointment for Appeal
_____ Substituting Counsel

_____
(prior counsel)

CHARGE: _____SUPERVISED RELEASE VIOLATION_____
   __X__ Felony     _____ Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

       Federal Public Defender
       1 EAST BROWARD BLVD SUITE 1100
       Fort Lauderdale, FL 33301
       Phone: (954)356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of April, 2008.

                             BARRY S SELTZER
                             UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    USPO/Pretrial Services