UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6271-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

RICHARD ABRAHAM

## WAIVER OF PRELIMINARY EXAMINATION

The defendant having been advised of the right to a preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a preliminary examination,

The defendant now signs this Waiver of Preliminary Examination.

DATED: 4/2/08

_____
Defendant

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within 10 days from the defendant's initial appearance has stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination. IT IS ORDERED that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: 4/2/08

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA, DEFENSE COUNSEL
    PRETRIAL SERVICES/USPO