UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      :

    Plaintiff,                    :

vs.                                        :

RICHARD ABRAHAM,                :

    Defendant.                   :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: *s/Patrick M. Hunt*
    Patrick M. Hunt
    Assistant Federal Public Defender
    Florida Bar No. 571962
    1 E. Broward Boulevard
    Suite 1100
    Fort Lauderdale, Florida  33301
    (954) 356-7436
    (954) 356-7556 (fax)
    Patrick_Hunt@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY certify that on April 3, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  *s/Patrick M. Hunt*
                                                  Patrick M. Hunt

SERVICE LIST

UNITED STATES OF AMERICA v. RICHARD ABRAHAM

Case No. 00-6271-CR-DIMITROULEAS

United States District Court, Southern District of Florida

Patrick M. Hunt, Esquire
Patrick_Hunt@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Richard Abraham
[Service via CM/ECF]


United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7255
Facsimile:  (954) 356-7336
Attorney for United States of America
[Service via Interagency Mail]


Mr. David L. Sutherland
United States Probation Office
101 N.E. 3rd Avenue
Suite 200
Fort Lauderdale, Florida  33301
Telephone:  (954) 769-5512
Facsimile:  (954) 769-5669
[Service via Interagency Mail]

J:\Abraham, Richard Reg20008-004\Pleadings\ECF-CM\ASSIGN