UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CASE NO. 00-6271-CR-DIMITROULEAS

RICHARD ABRAHAM

TYPE OF CASE: CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

**COURTROOM 205B**
DATE & TIME:
**April 24, 2008 at 10:30 AM**

TYPE OF HEARING: Final Revocation/Sentencing on Supervised Release Violation

CLARENCE MADDOX,
CLERK OF COURT

DATE: April 21, 2008

DEPUTY CLERK

cc: Thomas Lanigan, AUSA
Patrick Hunt, AFPD
David Sutherland, USPO