UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6271-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

RICHARD ABRAHAM

JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

Marshal # 20008-004

THIS CAUSE came before the Court on the 24thday of April, 2008 for final hearing for the revocation of the defendant's Supervised Release.

On the 29th day of June, 2001, this defendant was sentenced to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with. It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release. It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by this Court and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Eighteen (18) Months.** No further conditions of supervised release are imposed. The Court recommends credit for time served back to March 10, 2008. The Court further recommends that the defendant be designated to a South Florida facility.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this ___ day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Thomas Lanigan, AUSA
Patrick Hunt, AFPD
U.S. Probation
U.S. Marshal