# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 15

CASE NUMBER: 00-6271-CR   DATE: April 24, 2008

COURTROOM CLERK: Karen Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Andy Cardona   INTERPRETER: _____

UNITED STATES OF AMERICA   vs   Richard Abraham

U.S. ATTORNEY: Thomas Lanigan   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Final Revocation/Sentencing on

RESULT OF HEARING: Supervised Release Violation. Deft admits allegations. Deft adjudicated guilty. Supervised Release is revoked. Deft sentenced to 18 months BOP. No further conditions of Supervised Release are imposed. Court recommends deft receive credit for time served back to 3/10/08. Court recommends designation to a South Florida facility.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____